AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>JASON MICHAEL ENKE<br><br>*Defendant(s)* | Case No.  4:24 MJ 3120  NCC<br><br>SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 12/01/2019 to 03/13/2024 in the county of Crawford County in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2252A(a)(2) | Receiving and Distribution of Child Pornography |
| 18:2422(b) | Enticement and Coercion of a Minor |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

*Complainant's signature*

FBI, SA, Derek Velazco

*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: 03/14/2024

*Judge's signature*

City and state: St. Louis, Missouri    Honorable Noelle C. Collins, U.S. Magistrate Judge

*Printed name and title*